**Exhibit A to the Complaint**

**Location:** Lutz, FL

**Total Works Infringed:** 48

**IP Address:** 97.69.9.56

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 08F00DDCD3E4FD31343D796D3A84F917C1E3D91B | 05/10/2026 23:32:40 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |
| 2 | 18ffd959aa2bcc3398c05a9891815d71f3aa86d8 | 05/11/2026 16:00:18 | Blacked | 04/10/2021 | 06/09/2021 | PA0002295605 |
| 3 | 18fa36a46ba9c0c81e2a2d5af8ef49669533930e | 05/08/2026 15:40:15 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 4 | 6c9157f589f10dbb923a2c6f0ea79d211fe2d789 | 05/06/2026 10:21:20 | Tushy | 04/10/2022 | 04/23/2022 | PA0002346425 |
| 5 | c33b3a3fb83faba1347936e07185acac4012dd5c | 05/05/2026 06:48:51 | Blacked Raw | 10/25/2021 | 11/11/2021 | PA0002321278 |
| 6 | c339c502d7e03d4575b722a2c7f034009e1e2907 | 05/05/2026 06:48:50 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 7 | d014d5a84425b3a9adf7474a97e303662d0b6129 | 04/28/2026 14:49:20 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 8 | db93fcb84b42dbaedfbf7f07eed61babba392407 | 04/19/2026 18:29:34 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 9 | b407157d186859f14a68000eb3cff0a8c612f107 | 04/15/2026 03:03:25 | Tushy | 07/18/2021 | 08/02/2021 | PA0002305087 |
| 10 | 191676095e69cdf9fe482b3461e5a209de69a2f0 | 04/12/2026 20:36:16 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 11 | dd8ae67226732c0cf313ff550769ecbf88416e9a | 04/11/2026 14:10:48 | Blacked | 12/29/2025 | 01/02/2026 | PA0002558878 |
| 12 | 8f50f95182483bb88a548f29157fcf7da5e25319 | 04/10/2026 03:24:43 | Blacked | 01/08/2026 | 01/26/2026 | PA0002563055 |
| 13 | e60563cba2655b2c9c9f0724c99386a0a128c283 | 04/09/2026 05:24:09 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 14 | ac4a736284d98b991258f30a5a24c3c779cc46ea | 03/30/2026 06:33:00 | Blacked | 11/29/2025 | 12/09/2025 | PA0002556448 |
| 15 | ac245efd71fa89243c12d353b0db57c59cdb47d1 | 03/30/2026 04:23:43 | Blacked Raw | 08/02/2021 | 08/23/2021 | PA0002308428 |
| 16 | e44b0c6f7a01ccc34a2fe51fd243b3c14c5e74f7 | 03/19/2026 12:05:18 | Tushy | 08/08/2021 | 09/08/2021 | PA0002316099 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6e1711fdde426bf32ee0e2390e8e40949b76edd2 | 03/19/2026 07:42:30 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 18 | 6e199a6d38095c97c3b7c19e4e6040b27d1375c5 | 03/19/2026 07:35:37 | Blacked | 04/09/2022 | 04/23/2022 | PA0002346430 |
| 19 | 6b7f10b983696fc9993cde81806e9a5e40303775 | 03/18/2026 04:29:45 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 20 | 6f52fa560f2f5d16dcfba1c19467a6d74226871d | 03/16/2026 23:58:37 | Tushy | 01/02/2022 | 01/17/2022 | PA0002330092 |
| 21 | 6f381de756da1de290c0e437f44b7ff8eb076531 | 03/16/2026 23:58:36 | Tushy | 12/26/2021 | 02/03/2022 | PA0002341847 |
| 22 | 18993dedfe03f10393ecdca5c003fbb2ddd112e8 | 03/16/2026 23:04:10 | TushyRaw | 06/14/2023 | 07/13/2023 | PA0002420358 |
| 23 | bcc7dac9f990befe2b4021390f60743ac6bc2881 | 03/14/2026 19:35:14 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 24 | bcc7ef88676c4414207330dfed842df7e8d21f71 | 03/14/2026 19:35:13 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 25 | bce116da0d7a4f922dcf246312684dc62c6cb51d | 03/13/2026 20:12:10 | Slayed | 08/30/2022 | 09/22/2022 | PA0002378449 |
| 26 | bcd97f765ad72cfa9bc42cb26f1db49d6c7387a4 | 03/13/2026 04:01:56 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 27 | bcdffae59a696273a00c249560118ea51a86b6dc | 03/13/2026 01:22:16 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 28 | e59f60176bc2fa84da353976c0c4e32392852e59 | 03/10/2026 15:54:14 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 29 | 557a06faf59763726c286deab581cf53e4d500d7 | 03/08/2026 19:41:55 | Blacked | 11/09/2025 | 11/14/2025 | PA0002553526 |
| 30 | 60EF95299AFEC2A175C17B852B2DEEFD4F1BAEE2 | 03/08/2026 03:17:42 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 31 | DEA9F184F087A46AFC8F7A62A4E329842A557108 | 03/06/2026 23:22:11 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 32 | 70081781e421ce3fe77dba3e51df083effd8b7da | 03/05/2026 06:12:50 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 33 | 7f1da6c705c81a12a45c74cdf76fdcc20f8c2113 | 03/03/2026 16:13:40 | Vixen | 12/03/2021 | 12/09/2021 | PA0002325832 |
| 34 | 993d8fc131e1bc3e46934e19471ba1c749b203ad | 03/03/2026 16:11:18 | Wifey | 12/27/2025 | 01/02/2026 | PA0002558851 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 7c2701fe9edd5cafbd53be97bf8856f8e5919f2b | 03/03/2026 16:02:16 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 36 | 7972cd63f9eb689be5cb7aa3131662a66d87bb00 | 03/03/2026 12:13:50 | Vixen | 01/14/2022 | 03/04/2022 | PA0002345789 |
| 37 | 7007e7d5c7bd97cc6bbc3fc83406df0b1f329be2 | 02/28/2026 20:45:56 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 38 | 994cf0e59619acbe45dcd636a335547888d195ba | 02/28/2026 15:07:41 | TushyRaw | 04/16/2024 | 05/08/2024 | PA0002470007 |
| 39 | 7cca831939cccb04901c7c1073975ea6163a2911 | 02/25/2026 14:39:29 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 40 | 7e0be07bb5bb3d49ea8ad7693e14b5a3709267ea | 02/24/2026 04:49:12 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 41 | 7e08403122333442c0d0a2bc4c3c961325250031 | 02/24/2026 04:35:23 | Blacked Raw | 06/30/2025 | 07/08/2025 | PA0002539164 |
| 42 | 7e18a5a302a18ab1384f7b3125ab1cc6bf59aac8 | 02/23/2026 20:53:07 | TushyRaw | 06/07/2023 | 07/14/2023 | PA0002427503 |
| 43 | 7e19ba3e4039be41abeaa505df19bec1cc75da7f | 02/23/2026 17:23:54 | Wifey | 04/12/2025 | 04/23/2025 | PA0002527338 |
| 44 | 7e4ee68324b4278cc8703d0c30ea4f1406f2de9e | 02/23/2026 05:16:32 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 45 | 70535e9e0e92734658e621bfae369a6057364ecc | 02/02/2026 21:08:53 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 46 | 994383efaadef9387edda8051e02571739ab2a64 | 02/01/2026 01:43:53 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 47 | 61c0f9fe2a5e74ee08cc1523082fdbd1a7e48ebe | 01/02/2026 21:38:30 | Slayed | 11/18/2021 | 12/03/2021 | PA0002333376 |
| 48 | 8b102c939a536f0a04f59a3e981afb88b91c373c | 12/06/2025 03:32:41 | Vixen | 09/13/2021 | 09/30/2021 | PA0002319739 |